Argued and submitted May 24, affirmed June 22,
petition for review denied October 20, 2011 (351 Or 254)

Richard STEWART,
*Plaintiff-Appellant,*

*v.*

Donald THOMPSON;
Department of Human Services;
Oregon Youth Authority,
fka Children's Services Division;
and MacLaren Youth Correctional Facility,
fka MacLaren School for Boys,
*Defendants-Respondents.*

Marion County Circuit Court
08C17670; A145955

258 P3d 1286

James E. Shadduck argued the cause for appellant. On the briefs were Devin N. Robinson and Stewart Shadduck & Robinson, LLC.

David B. Thompson, Senior Assistant Attorney General, argued the cause for respondents Department of Human Services, Oregon Youth Authority, and MacLaren Youth Correctional Facility. With him on the brief were John R. Kroger, Attorney General, and Mary H. Williams, Solicitor General.

No appearance for respondent Donald Thompson.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Nakamoto, Judge.

PER CURIAM

Affirmed. *Doe v. Lake Oswego School District*, 242 Or App 605, 259 P3d 27 (2011).